No. 97–8526.  WOOD v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 97–8530.  LAESSIG v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–8531.  JOHNSON v. HILL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8544.  VIRAY v. STEUER.  C. A. D. C. Cir.  Certiorari denied.

No. 97–8550.  FOSTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8560.  TOLBERT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–8566.  COOMBS v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 97–8568.  BROWN v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 97–8583.  ANDERSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–8584.  ANDERSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–8588.  SZLOBODA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–8599.  LAWRENCE v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–8601.  LOEUN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.